ORIGINAL

FILED

05/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0260

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 24-0260

CHOTEAU ACANTHA PUBLISHING, INC. and MONTANA FREE PRESS,

Appellees/Petitioners,

v.

GREG GIANFORTE, in his official capacity as GOVERNOR OF THE STATE OF MONTANA; and JENNIFER STUTZ, Chair of the Governor's Advisory Council for the Ninth Judicial District Vacancy,

Appellants/Respondents.

---

## Grant of Extension

---

For good cause appearing, Appellant Governor Greg Gianforte's Unopposed motion to extend the deadline for Appellant's opening brief is GRANTED. Mont. R. App. P. 26(1). Appellant's opening brief shall be due on July 3, 2024.